**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| BRIGITTA HOEFERLE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>    Defendant. | Case No.: 1:18-cv-03210-MHC<br><br>*ELECTRONICALLY FILED* |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Brigitta Hoerferle ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

*s/Sarah T. Reise (with permission)*
Sarah Tope Reise
Ballard Spahr-Atl
Suite 1000
999 Peachtree Street
Atlanta, GA 30309-3915
678-420-9300
Fax: 678-420-9301
Email: reises@ballardspahr.com
 *COUNSEL FOR DEFENDANT*

*s/ Alyson Dykes*
Alyson Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
Tel: (657) 500-4317
Fax: (657) 227-0270
Email: AlysonD@jlohman.com
*COUNSEL FOR PLAINTIFF*

*/s/ Chuck M. Douglas*
Chuck M. Douglas, Georgia Bar No. 939932
WAKHISI-DOUGLAS LLC
2002 Summit Blvd – Suite 3000;
Atlanta, GA 30319
T: 404-566-2320
F: 866-566-1232
E: cmdouglas@wd-law.net
*COUNSEL FOR PLAINTIFF*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| BRIGITTA HOEFERLE,<br>          Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br>          Defendants. | Case No: 1:18-cv-03210-MHC<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

**[PROPOSED] ORDER OF DISMISSAL**

Plaintiff, Brigitta Hoeferle ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A., ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claim against Defendant are DISMISSED with prejudice.  Each party shall bear their own costs and attorney's fees.


SO ORDERED.


Dated: _____                    _____
                                                                              United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May 2019, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

Jennifer Ziemann
Burr & Forman, LLP-ATL
Suite 1100
171 17th St., N.W.
Atlanta, GA 30363
404-685-4336
Email: jziemann@burr.com
*COUNSEL FOR DEFENDANT*

                                              */s/ Chuck M. Douglas*
Chuck M. Douglas, Bar No. 939932
WAKHISI-DOUGLAS LLC
2002 Summit Blvd., Suite 3000
Atlanta, GA 30319
T: 404-566-2320
F: 866-566-1232
E: cmdouglas@wd-law.net
*COUNSEL FOR PLAINTIFF*